## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

JEFFREY J. O'NEAL - 526473
(full name) (Register No.)
PRO SÉ
PRISONER

Plaintiff(s).

v.

"MR. MALUM"
(Full name)
"INTER ALIA"
"THE OTHER Defendants "ARE Known." NOT to myself -
Defendant(s).

Case No. 18-3291-CV-S-BP-P

Defendants are sued in their (check one):
___ Individual Capacity
___ Official Capacity
X   Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): SOUTH "EAST" CORRECTIONAL CENTER - AN AGENCY OF THE MO. ST. DEPT. OF CORRECTIONS -

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff JEFFREY J. O'NEAL            Register No. 526473
   Address 300 E. PEDRO SIMMONS DRIVE - 1-B-140 -
   CHARLESTON, MO. 63834

B. Defendant "MR. MALUM"
   
   Is employed as A CORRECTIONAL CUSTODY OFFICER - I - BY MO. ST. DEPT. OF CORRECTIONS @ SOUTH CENTRAL CORR. CENTER -

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 6:18-cv-03291-BP   Document 1   Filed 09/04/18   Page 1 of 8

IN THE 8th CIRCUIT UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF

THE STATE OF MISSOURI

o  o  o  o

NAME > Jeffrey J. O'Neal
D.O.C. NO. > 526473
AGENCY > SOUTH "EASTERN" correctional center
ADDRESS > 300 E. Pedro Simmons Dr.
WHERE > Charleston, Mo. 63834

PRO SE Plaintiff Prisoner

- VS -

o THE MISSOURI STATE DEPARTMENT OF corrections
AGENCY > SOUTH "CENTRAL" correctional center
ADDRESS > 255 HWY 32
WHERE > Licking, Mo.                                                Id.

II
DEFENDANT > "KNOWN - JUST NOT TO ME - NOW - OR - @ THE TIME OF THIS

INCIDENT; MY DEFENDANT - I - "MR. MALAM" KNOWS THIS PERSON.

INTER ALIA - "WITNESSES" - STATED & NAMED 'INFRA'         oo;

Employ'd AS > "A SUPERVISOR - CUSTODY OFFICER - II - for the Mo. St. Dept. of

corrections - "INITIATOR of THIS CASE; "employed @ THE AGENCY

OF "THE MO. ST. DEPT. OF. CORRECTIONS - @ THE AGENCY STATED &

NAMED "Supra @ Id.";

DS-II -

DEFENDANT-III - "ARE ALSO "KNOWN" BY DEFENDANT-I - MR. MALAM - INTER ALIA - ARE 8 members of "CERT Team" - Correctional Emergency Response Team" - "Formerly - E-Squad";

Employed AS > Correctional Custody officer's by THE MO. ST. DEPT. of Corrections @ THE DEPT. of Corrections AGENCY - LISTED & NAMED @ THE "AGENCY" STATED "SUPRA @ Id.".
 ••> "DEFENDANT'S ARE ALL "Personally Involved" • • "BY Physical Personal contact".  ° ° ° °

"DEFENDANTS"

WITNESSES > " Theresa - "is what Every Body Call's Her - SHE IS EASY to FIND - "she is a Correctional Case manager @ THE DEPT. of Corrections Agency - Listed - Stated & Named @ SUPRA Id. ON P. I'. "MS. Theresa WORKS IN - ADministrative Segregation Housing UNIT -II - "Also Nows who my II & III - WITNESSES - ARE AS THey contacted Her - SHE contacted - "THE Outside - Employee Conduct Investigator who contacted myself - told me to File "MY CASE - THAT THESE defendants "Should NOT HAVE DONE to you what THEY DONE - THAT my Video & Reports - Inter Alia - ARE in "SAFE Keeping". "Seeking Production of & Information currently" - Slow - Limited on "POSTAGE" - AS I AM UTMOST ENDIGENT as this court clearly knows.

II - > " CAPTAIN - "Shift commander who " caught This on Security Video THE Next morning During His security Review";

III - > - my Investigator -

Case 6:18-cv-03291-BP   Document 1   Filed 09/04/18   Page 3 of 8

( JURISDICTION & VENUE )

A - ⟩ "THIS PRO SE Plaintiff Prisoner claims and states Now - THIS Court Has Jurisdiction over THIS case and is Appropriately sited as IT is THE District in which THIS Incident occured, Has Jurisdiction under Title 28 of THE UNITED STATES CODE §§ 1331 and 1343(a)(3)."

B - ⟩ "THIS Pro SE Plaintiff Prisoner Also states He is seeking declaratory relief pursuant to Title 28 of THE UNITED STATES CODE §§ 2201 - 2202".

C - ⟩ "THE WESTERN DISTRICT UNITED STATES DISTRICT COURT of THE STATE of MISSOURI is an Appropriate venue under Title 28 of THE UNITED STATES CODE § 1391 (b)(2) because it is where THE events giving rise to THIS claim occurred."

III. Do your claims involve medical treatment? Yes ✓ No ✓

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $ _____ / _____ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No ✓

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

N/A

D. If you have not filed a grievance, state the reasons.
"IN MO. ST. DEPT. OF CORRECTIONS - ("ALL 26 AGENCIES)" YOU "90% OF THE TIME "CANNOT GET AN "ADMIN v GRIEVANCE - "THEY ARE GETTING "HARDER TO GET! "I AM ALSO BRINGIN' THIS CASE UNDER "CONDITIONS OF CONFINEMENT and CHALLENGING THE STATE SYST IT'SELF - "THEREFORE "POST DEPRIVATION REMEDIES - "ARE INADEQUATE UNDER FEDERAL STATUTE ('s) OF LAW."

VIII. Previous civil actions: ✓

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ✓ No ___

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ✓ No ___

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: "PRO SE PRISONER Plaintiff
         (Plaintiff)                (Defendant)
(2) Date filed: _____

2

Case 6:18-cv-03291-BP   Document 1   Filed 09/04/18   Page 5 of 8

(3) Court where filed: **THIS COURT**

(4) Case Number and citation: **18-4064-CV-NKL-P-**

(5) Basic claim made: **STAFF INITIATED "ASSAULT & BATTERY"**

(6) Date of disposition: **4-2-2018 - "FILED**

(7) Disposition: **PENDING**
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

"I believe I have 'already sent my STATEMENT of claim for this "case - to this court - "attach'd to my "Amended complaint - "stated - "MA'AM" - in my "case # 18-4064 - "if not found - "let me know - " I will send my copy - Immedeiately!

"This is another "STAFF Iniated Assault & Battery by a custody "supervisor and 8 CERT team members - All caught on 3 - camera's - Investigated by "outside Investigator" caught by "Captain - Shift commander (witness) who call'd my casemanager (witness) who call'd the "Investigator - who told me to "File my case o o o o

B. State briefly your legal theory or cite appropriate authority:

- Bivens - 456 F.2d 1339 / Krause 471 F.2d 430 @ 81, Wilson - 501 U.S. @ 303
- Sostre - 442 F.2d 178 / 100 F.3d 365, 380; Gates - 376 F.3d 323, 337
- Albers - 475 U.S. @ 320; Vance - 97 F.3d 987, 256 F.3d 120
○ ○〉 "NOTE - "I currently have "No access to "Legal assistance / Law Library" - Citations - From "Personal Legal manuels - Caselaw - ○ Wade - 461 U.S. 30, 56
○〉 Ex parte Young - 209 U.S. 123, 159-160; Bell - 441 U.S. @ 537-540
med. — Estelle - 429 U.S. @ 104 / Jett - 439 F.3d 1091, 1096; Pierce - 612 F.2d 754, 762
〉 Mitchell vs Horn - 318 F.3d 523, 536; Jones - 549 U.S. @ 216

3

Case 6:18-cv-03291-BP   Document 1   Filed 09/04/18   Page 6 of 8

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
DECLARATORY Judgement - Enjunctive Relief / $10,000 Punitive Per 'Dendant - INDIVIDUALLY, Jointly, severally; "EMPrisonment" ; "All Court cost paid; Nominal and "All of DEFENDANTS - "Personal Possessions" - )
All Cars, Houses, Bank Accounts, Saving's, stocks, Bonds, Property, Clothes -

XI. Counsel: "Every thing" - "This will Be their Imprisonment !!"

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?  Yes___ No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

N/A "Unable to seek - "Effectively"
"lock'd down - 24/7 - Admin. seg."

C. Have you previously had a lawyer representing you in a civil action in this court?  Yes___ No ✓

If your answer is "Yes," state the name and address of the lawyer.
N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 28TH day of AUGUST 2018.

Jerry J. O'N 9-526473 /0
Signature(s) of Plaintiff(s)

4

Jeffrey J. O'Neal - 526473
(1-B-140)
South East Correctional Center
300 Peopo Simmons Dr.
Charleston, MO. 63834

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

"CONFIDENTIAL"
LEGAL MAIL "DO NOT TAMPER"

RECEIVED
2018 SEP -4 PM 2:04

: ( OFFICE OF THE CLERK )
UNITED STATES DISTRICT COURT
400 E. 9TH ST. - RM. 1510
KANSAS CITY, MO. 64106

64106-1999899